PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Lawrence Bush                                               Cr.: 97-00168-001
                                                                              PACTS #: 13596

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/05/1997

Original Offense:   Bank Robbery Assault with a Deadly Weapon, 18 U.S.C. § 2113(d) & 2 (8 Counts)
                    Bank Robbery by Force or Violence, 18 U.S.C. § 2113(a) & 2
                    Violent Crime Use of Firearm, 18 U.S.C. § 924(a) & 2
                    Bank Robbery by Force or Violence, 18 U.S.C. § 2113(a) & 2

Original Sentence: 262 months imprisonment, 36 months supervised release

Special Conditions: Drug Testing/Treatment, Mental Health Treatment, Financial Disclosure

Type of Supervision: Supervised Release                Date Supervision Commenced: January 22, 2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The person under supervision has violated the standard condition which states **"you must not commit another federal, state, or local crime."** |
|  | On May 22, 2020, Bush was arrested by the Morrisville Township Police Department and charged with theft by unlawful taking, receiving stolen property, and resisting arrest. Bush was involved in a late-night vehicle chase which resulted in an accident. Bush was released on bail and the charges remain pending. |

U.S. Probation Officer Action:

At this time, we recommend no formal Court action and the violations be held in abeyance. Bush will be closely monitored as will the pending charges. The Eastern District of Pennsylvania will address the non-compliance if/when transfer of jurisdiction is granted.

Prob 12A – page 2
Lawrence Bush

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*                        12/10/2020
KELLY A. MACIEL                    Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

12/17/2020
Date